UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DEAN BENTER,<br><br>  Plaintiff,<br><br>v.<br><br>KIM SNOOK, IOWA DEPARTMENT OF TRANSPORTATION, HARLAN WICKRE, and KEITH GASCHO,<br><br>  Defendants. | Civil No. 11-3083 (DSD/TNL)<br><br><br><br>**ORDER** |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung, dated November 7, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (ECF 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

.

Dated:  November 28, 2011

                                                              s/David S. Doty
                                                              David S. Doty, Judge
                                                              United States District Court