UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| DEAN BENTER, | Civil No. 11-3083 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| KIM SNOOK, IOWA DEPARTMENT OF TRANSPORTATION, HARLAN WICKRE, and KEITH GASCHO, | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung, dated November 7, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (ECF 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

.

Dated: November 28, 2011

                                                   s/David S. Doty  
                                                   David S. Doty, Judge  
                                                   United States District Court